CHALOS, O'CONNOR & DUFFY LLP
Attorneys for Plaintiff,
PANGRATIUM MARITIMUM INC.
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
Brian T. McCarthy (BM-4808)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PANGRATIUM MARITIMUM INC.,

                Plaintiff,

v.                                                                           07 CV .

CPM CORPORATION LIMITED,                          **RULE 7.1 STATEMENT**

                Defendant.
-----------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or refusal, the undersigned counsel of record for Plaintiff PANGRATIUM MARITIMUM INC., certifies that there are no corporate parents, or related companies, which are publicly held in the United States.

Dated: Port Washington, New York
       April 26, 2007

                                      CHALOS, O'CONNOR & DUFFY, LLP
                                      Attorneys for Plaintiff

              By:
                                      _____
                                      Owen F. Duffy (OD-3144)
                                      Brian T. McCarthy (BM-4808)
                                      366 Main Street
                                      Port Washington, New York 11050
                                      Tel:  (516) 767-3600 / Fax:  (516) 767-3605