


CHALOS, O'CONNOR & DUFFY LLP
Attorneys for Plaintiff,
PANGRATIUM MARITIMUM INC.
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
Brian T. McCarthy (BM-4808)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PANGRATIUM MARITIMUM INC., :
:
                Plaintiff, : 07 CIV.
v. :
: **ORDER FOR ISSUANCE OF**
CPM CORPORATION LIMITED, : **THE PROCESS OF MARITIME**
: **ATTACHMENT**
                Defendants. :
-----------------------------------------------------------------x

       Upon reading the Verified Complaint for issuance of Process of Maritime Attachment and Garnishment, and the Declaration of Owen F. Duffy, Esq., attached thereto, and the Court finding that the conditions for an action under Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure appear to exist, it is this ___ day of April, 2007, by the United States District Court for the Southern District of New York,

       **ORDERED** that the Clerk shall issue Process of Maritime Attachment and garnishment as prayed for in the Verified Complaint; and it is further

       **ORDERED** that the Clerk shall issue supplemental process of attachment against all property, tangible or intangible, including funds, goods, chattels, credits, effects, debts owned by or owed to defendant, CPM CORPORATION LIMITED, or monies to be paid to discharge a debt owed to the defendant, including monies being electronically transferred by or to CPM CORPORATION LIMITED, which are in the possession or control of, or being transferred through any garnishee within this District, including, without limitation, property held by or in the possession or control of the following garnishee(s):

1. American Express Bank Ltd.
   American Express Tower
   Three World Financial Center
   New York, New York 10285

2. Bank of America
   40 West 57th Street
   New York, New York 10019

3. Bank of New York
   One Wall Street
   New York, New York 10286

4. Citibank
   Legal Service Intake Unit
   1 Court Square, 7th Floor
   Long Island City, NY 11120

5. Deutsche Bank
   60 Wall Street
   New York, New York 10005

6. HSBC
   452 5th Avenue
   New York, New York

7. JP Morgan Chase
   One Chase Manhattan Plaza
   New York, New York 10081

8. Standard Chartered Bank
   One Madison Avenue
   New York, NY 10010

9. Wachovia Bank
   11 Penn Plaza
   New York, New York 10001

10. Bank of China
    410 Madison Avenue
    New York, New York 10017

11.   Chinatrust Bank (U.S.A.)
      366 Madison Ave. 8th FL
      New York, NY 10017

or any of their affiliates and any other garnishee(s) within this district upon whom a copy of the Process of Maritime Attachment and Garnishment herein may be served, in an amount up to the amount sued for, i.e., US$180,000.00, it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which the plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted, and it is further

**ORDERED** that a copy of this Order be attached to and served with the said Process of Maritime Attachment and Garnishment, and it is further

**ORDERED** that pursuant to Fed. R. Civ. P., Supplemental Rules for Certain Admiralty and Maritime Claims, Rule B(1)(d)(ii)(C), the Writ of Attachment may be served by any person, who is not less than 18 years old, and who is not a party to this action, and it is further

**ORDERED** that service on any garnishee(s) (i.e. any original garnishee or any garnishee herein) is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service through the close of the garnishee's business that day, and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), that following initial service upon any garnishee by the United States Marshal or any other person designated by Order to make service in this action, supplemental service of the Process of Maritime Attachment and Garnishment shall thereafter be made by way of service of a copy of the Process of Maritime Attachment and Garnishment via facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served, *provided that the garnishee provides for such electronic method of service.*

Dated: New York, New York,
       April 26, 2007

SO ORDERED: _____
U. S. D. J.

3

**Judge Hellerstein**

**07 CV 3348**

PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To: The United States MARSHAL for the SOUTHERN DISTRICT OF NEW YORK
**GREETING:**

**WHEREAS**, a Verified Complaint has been filed in the United States District Court for the Southern District of New York on the 26th day of April, 2007 styled as follows:

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
PANGRATIUM MARITIMUM INC.,                  :
                         Plaintiff,         :    07 CV
       v.                                   :
                                            :
CPM CORPORATION LIMITED,                    :
                         Defendant.         :
---------------------------------------------------------------x
```

in a certain action to recover damages due and owing the said plaintiff amounting to approximately US$180,000.00, and praying that a Writ of Attachment and Garnishment be issued against the defendant, CPM CORPORATION LIMITED, pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and

**WHEREAS**, this process is issued pursuant to such prayer and requires that the garnishee shall serve his answer, together with answers to interrogatories served with the Verified Complaint, within 20 days after service of process upon him and requires that defendant shall serve its answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee,

**NOW, THEREFORE**, we do hereby command you that if said defendant cannot be found within the District, you attach the following up to the amount sued for, to wit, $180,000 inclusive of interest and costs.

All property, tangible or intangible, including: assets, accounts, freights, hire payments, monies, charter hire, credits, debts owed to the defendant, effects, CHIPS credits, electronic fund transfers, payments for bunkers, cargo, goods or services, bills of lading, cargo and the like belonging to or claimed by defendant, CPM CORPORATION LIMITED, within this District to the amount sued for herein be attached pursuant to Supplemental Rule B and the same be attached to pay plaintiff's damages which are found in the possession of garnishees or which are found in the possession or control of specific garnishees, to wit:

1.  American Express Bank Ltd.
    American Express Tower
    Three World Financial Center
    New York, New York 10285

2.  Bank of America
    40 West 57th Street
    New York, New York 10019

3.  Bank of New York
    One Wall Street
    New York, New York 10286

4.  Citibank
    Legal Service Intake Unit
    1 Court Square, 7th Floor
    Long Island City, NY 11120

5.  Deutsche Bank
    60 Wall Street
    New York, New York 10005

6.  HSBC
    452 5th Avenue
    New York, New York

7.  JP Morgan Chase
    One Chase Manhattan Plaza
    New York, New York 10081

8.  Standard Chartered Bank
    One Madison Avenue
    New York, NY 10010

9.  Wachovia Bank
    11 Penn Plaza
    New York, New York 10001

10. Bank of China
    410 Madison Avenue
    New York, New York 10017

11. Chinatrust Bank (U.S.A.)

    366 Madison Ave. 8th FL
    New York, NY 10017

or any other garnishee within this district.

  **WITNESS**, the Honorable Judge  , Judge of said Court, this day of April, 2007.

          By:_____
            Clerk

          By:_____
            Deputy Clerk

**NOTE:** This is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

3