*Judge Hollerstein*

**07 CV 3348**

CHALOS, O'CONNOR & DUFFY LLP
Attorneys for Plaintiff,
PANGRATIUM MARITIMUM INC.
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
Brian T. McCarthy (BM-4808)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PANGRATIUM MARITIMUM INC.,              :
                                         :
                       Plaintiff,        :    07 CIV.
        v.                               :
                                         :    **ORDER APPOINTING A**
CPM CORPORATION LIMITED,                 :    **SPECIAL PROCESS SERVER**
                                         :
                       Defendants.       :
-------------------------------------------------------------x

      An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

      NOW, on reading and filing the declaration of Owen F. Duffy, sworn to the 26th day of April, 2007, and good cause having been shown, it is hereby

      **ORDERED**, that any associate, agent or paralegal of Chalos, O'Connor & Duffy, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon garnishee(s) listed in the Order, together with any other garnishee(s) who, based upon information developed subsequent hereto by the plaintiff, may hold assets for or on account of the defendants; and,

**IT IS FURTHER ORDERED**, that in order to avoid the need to repetitively serve the garnishee(s)/banking institutions continuously throughout the day, any copy of the Process of Maritime Attachment and Garnishment that is served on any of the garnishees herein is deemed effective and continuous throughout any given day.

Dated: New York, New York
      April 26, 2007

                                                  U.S.D.J.