*Hellerstein, J*

CHALOS, O'CONNOR & DUFFY LLP
Attorneys for Plaintiff,
PANGRATIUM MARITIMUM INC.
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
Brian T. McCarthy (BM-4808)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/14/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PANGRATIUM MARITIMUM INC.,            :
                                     :       07 CV 3348 (AKH)
                    Plaintiff,       :
        v.                           :
                                     :       **NOTICE OF**
CPM CORPORATION LIMITED,             :       **VOLUNTARY**
                                     :       **DISMISSAL**
                    Defendant.       :
--------------------------------------------------------------x

PLEASE TAKE NOTICE that the above-entitled action is hereby

voluntarily dismissed without prejudice by Plaintiff, PANGRATIUM

MARITIMUM INC., as to the Defendant, CPM CORPORATION LIMITED,

pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States

District Courts. The Defendant has not appeared, answered, or filed a motion for

summary judgment in this action. No costs are to be assessed to any party.

Dated: Port Washington, New York
       June 13, 2007

                              CHALOS, O'CONNOR & DUFFY, LLP
                              Attorneys for Plaintiff

                    By:

                              Owen F. Duffy (OD-3144)
                              Brian T. McCarthy (BM-4808)

366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605

**SO ORDERED:**

Dated: New York, New York
    June 12, 2007

Hon. Alvin K. Hellerstein, U.S.D.J.

2